Date: 06/22/10 # 150488 Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-16515 - BAKOS, STACY ELIZABETH

| Creditor | Claim No. Check # | Amount Allowed | Amount Paid |
|---|---|---|---|
| CBSC, Inc.<br>PO Box 2818<br>North Canton, OH 44720 | 000004  105 | 125.00 | 4.93 |
| ---------- Remittance Total --------------- | | 125.00 | 4.93 |

*[signature]*
ALAN J. TREINISH, TRUSTEE

FILED 2010 JUN 23 PM 12:40
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 06/22/10 03:16 PM    Ver: 15.09